# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST; WESTERN WASHINGTON PAINTERS DEFINED CONTRIBUTION PENSION TRUST; WESTERN WASHINGTON APPRENTICESHIP AND TRAINING TRUST FOR THE PAINTING AND DRYWALL INDUSTRY; WESTERN WASHINGTON PAINTERS LABOR MANAGEMENT COOPERATION INITIATIVE TRUST FUND; INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND; and INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, DISTRICT COUNCIL NO. 5,<br><br>Plaintiffs,<br><br>vs.<br><br>A & E QUALITY PAINTING LLC, and ADRIAN LARA,<br><br>Defendants. | Case No. 2:21-cv-00146-RSL<br><br>**ORDER DIRECTING ENTRY OF DEFAULT JUDGMENT** |

Plaintiffs, EMPLOYEE PAINTERS' TRUST; WESTERN WASHINGTON PAINTERS DEFINED CONTRIBUTION PENSION TRUST; WESTERN WASHINGTON APPRENTICESHIP AND TRAINING TRUST FOR THE PAINTING AND DRYWALL INDUSTRY; WESTERN WASHINGTON PAINTERS LABOR MANAGEMENT COOPERATION INITIATIVE TRUST FUND; INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND; and INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, DISTRICT COUNCIL NO. 5, ("Trusts," "Trust Funds," or "Plaintiffs"), by and through their counsel of record, The Urban Law Firm and Christensen

Order Directing Entry of Default
Judgment

James & Martin, have moved the Court for Default Judgment to be entered in favor of plaintiffs and against defendants. Having reviewed the Motion for Default Judgment and supporting exhibits and with good cause appearing, this Court enters the following order:

NOW, THEREFORE, pursuant to FRCP 55(b),

IT IS HEREBY ADJUGED that defendants are jointly and severally liable for unpaid amounts due and owing for the months of March, June, and July 2020 as follows: contributions in the amount of $4,512.48; liquidated damages in the amount of $951.05; and interest in the amount of $239.80 as of March 24, 2021. It is FURTHER ORDERED that defendant A & E shall, within thirty days of the date of the entry of judgment, submit its payroll and related records for periods other than March, June, and July 2020 to plaintiffs for an audit.

Pursuant to the trust agreements, defendants are also jointly and severally liable for attorney's fees and costs in the amount of $11,351.83 that were reasonably incurred in plaintiff's efforts to compel A & E to produce and permit the examination of its records (Dkt. # 9-1 at 43) and to collect the delinquency (Dkt. # 9-1 at 35).

For all of the foregoing reasons, the Clerk of Court is directed to enter judgment (a) in the amount of $17,055.16 in favor of plaintiffs and against defendants, jointly and severally, with post-judgment interest accruing at the rate of 0.06% per annum and (b) compelling defendant A & E to submit its payroll and related records for periods other than March, June, and July 2020 within thirty days.[1]

Dated this 9th day of April, 2021.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

---

[1] Plaintiffs failed to support their demand for post-judgment interest "at the highest rate allowed by law" or any other rate than the 1-year constant maturity Treasury yield.

Order Directing Entry of Default Judgment